# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ludington, Thomas L. | U.S. District Court MI (Eastern) | 04/29/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
1000 Washington Ave
Bay City, MI
48708

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | R. M. Gerstacker Foundation |
| 2. | Trustee | Albion College |
| 3. | President & Director | Ludington ▨ Foundation |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Federal Court Salary | $340,000.00 |
| 2. | 2014 | Michigan Judges Retirement Services | $38,807.00 |
| 3. | 2014 | Midland County Employees Pension Fund | $6,296.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chemical Bank & Trust checking & savings | A | Interest | K | T | | | | | |
| 2. Dow Chemical Employees Credit Union | A | Interest | N | T | | | | | |
| 3. TD Ameritrade Money Market | A | Interest | M | T | | | | | |
| 4. Merrill Lynch Money Market | A | Interest | J | T | | | | | |
| 5. Amgen Stock | A | Dividend | J | T | | | | | |
| 6. Covance Stock | | None | K | T | | | | | |
| 7. Blackrock Global Stock Fund | C | Dividend | M | T | | | | | |
| 8. IBM Stock | B | Dividend | K | T | | | | | |
| 9. Quest Diagnostics Stock | A | Dividend | K | T | | | | | |
| 10. Petosky MI Condo (X) | | None | | | | | | | |
| 11. Fidelity Contrafund KKL 401K | A | Int./Div. | | | Sold | 02/03/14 | K | | |
| 12. Fidelity Contrafund Pool | | None | K | T | Buy | 02/03/14 | K | | |
| 13. ACWI Ex US IMI NL KKL 401K | | None | K | T | | | | | |
| 14. Interest Income Fund KKL 401K | C | Int./Div. | M | T | Buy | 02/03/14 | K | | |
| 15. Vanguard Convertible See KKL 401K | D | Int./Div. | L | T | | | | | |
| 16. Vanguard Global Equity KKL 401K | A | Int./Div. | K | T | | | | | |
| 17. Am Cent US Real Estate KKL 401K | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SSga Stable Value-State of Michigan 457 Plan (TLL) | | None | K | T | | | | | |
| 19. PIMCO Total Return-State of Michigan 457 (TLL) | | None | J | T | | | | | |
| 20. Dodge & Cox Stock State of Michigan 457 Plan (TLL) | | None | J | T | | | | | |
| 21. SSga Stable Value State of Michigan 401K Plan (TLL) | | None | L | T | | | | | |
| 22. PIMCO Total Return State of MI 401K plan (TLL) | | None | L | T | | | | | |
| 23. Dodge & Cox Stock-St of MI 401K (TLL) | | None | K | T | | | | | |
| 24. Ridge Worth Funds-St of MI 401K (TLL) | | None | K | T | | | | | |
| 25. American Funds Europacific Gr-St of MI 401K (TLL) | | None | K | T | | | | | |
| 26. Artisan Mid Cap-St of MI 401K (TLL) | | None | K | T | | | | | |
| 27. NB Genesis-Inst KKL 401K | D | Int./Div. | L | T | | | | | |
| 28. Pim Co Real 1 KKL 401K (X) | | | | | | | | | |
| 29. TRP Is Mid Cap KKL 401K | C | Int./Div. | L | T | Sold (part) | 02/03/14 | K | | |
| 30. Small Cap Index Fund KKL 401K | | None | J | T | | | | | |
| 31. Anchor Life Policy | | None | K | T | | | | | |
| 32. Trust Mark Life Policy (TLL) | | None | L | T | | | | | |
| 33. Indianapolis Life Policy | | None | K | T | | | | | |
| 34. Apple Inc | | None | K | T | Buy | 12/01/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Hennessy Gas Utilities Index Fund | A | Dividend | J | T | Sold (part) | 08/07/14 | J | B | |
| 36. Fidelity Select Portfolio Fund | A | Dividend | K | T | Sold (part) | 04/09/14 | J | B | |
| 37. | | | K | T | Sold (part) | 08/07/14 | J | B | |
| 38. | | | K | T | Sold (part) | 12/01/14 | J | A | |
| 39. Church & Dwight | A | Dividend | J | T | Sold (part) | 08/07/14 | J | B | |
| 40. Dollar Tree Stores Inc | | None | J | T | Sold (part) | 08/07/14 | J | B | |
| 41. Buffalo Wild Wings | | None | K | T | | | | | |
| 42. MFS Utilities Fund | A | Dividend | J | T | Buy (add'l) | 04/09/14 | J | | |
| 43. | | | J | T | Sold (part) | 04/09/14 | J | A | |
| 44. | | | J | T | Sold (part) | 08/07/14 | J | A | |
| 45. Vanguard Energy Fund A | A | Dividend | | | Sold (part) | 08/07/14 | K | D | |
| 46. | | | | | Sold | 12/01/14 | J | B | |
| 47. MSCI Canada Index ETF | A | Dividend | | | Sold | 08/07/14 | K | C | |
| 48. Metro Inc Class A | A | Dividend | | | Sold | 04/09/14 | K | C | |
| 49. Ross Stores, Inc | A | Dividend | J | T | Sold (part) | 12/01/14 | J | C | |
| 50. Yacktman Fund | | None | | | Sold (part) | 08/07/14 | J | A | |
| 51. | | | | | Sold | 12/01/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | | |
|---|---|---|---|
| Name of Person Reporting | Date of Report |
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR DJ Intl Real Estate ETF | B | Dividend | K | T | Sold (part) | 08/07/14 | J | A | |
| 53. MFS Intl New Discovery A Fund | A | Dividend | K | T | Sold (part) | 08/07/14 | J | A | |
| 54. T Price Media & Tele Fund | B | Dividend | K | T | Sold (part) | 08/07/14 | J | B | |
| 55. Tim Horton's, Inc | A | Dividend | | | Merged (with line 56) | 12/17/14 | J | | |
| 56. Restaurant Brands Intl | A | Dividend | J | T | | | | | |
| 57. ATCO Ltd Class I | A | Dividend | K | T | Buy (add'l) | 12/01/14 | J | | |
| 58. Bank of Nova Scotia | A | Dividend | K | T | Sold (part) | 08/07/14 | J | B | |
| 59. National Health Investors | A | Dividend | K | T | Sold (part) | 04/09/14 | J | A | |
| 60. Sunoco Logistics Partners | A | Dividend | K | T | Sold (part) | 04/09/14 | J | B | |
| 61. | | None | K | T | Sold (part) | 12/01/14 | J | A | |
| 62. C & S Realty Fund | A | Dividend | J | T | Sold (part) | 04/09/14 | J | A | |
| 63. | | None | J | T | Sold (part) | 12/01/14 | J | A | |
| 64. Alerian Infrastructure | B | Dividend | K | T | | | | | |
| 65. El Paso Pipeline | B | Dividend | | | Merged (with line 66) | 12/09/14 | K | | |
| 66. Kinder Morgan | | None | K | T | | | | | |
| 67. Transmontaigne Partners | A | Dividend | | | Sold | 04/09/14 | K | C | |
| 68. Rayonier Inc | A | Dividend | | | Sold | 08/07/14 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Aflac, Inc. | A | Dividend | | | Sold | 12/01/14 | K | C | |
| 70. Deere & Co | A | Dividend | | | Sold | 12/01/14 | J | B | |
| 71. PowerShares Pharma ETF | A | Dividend | K | T | Sold (part) | 04/09/14 | J | A | |
| 72. | | None | K | T | Sold (part) | 08/07/14 | J | A | |
| 73. PowerShares QQQ ETF | A | Dividend | K | T | Sold (part) | 04/09/14 | J | A | |
| 74. | | None | K | T | Sold (part) | 08/07/14 | J | A | |
| 75. TAL International | B | Dividend | K | T | Buy (add'l) | 04/09/14 | J | | |
| 76. Westcore Intl Sm Cap Fund | A | Dividend | K | T | Sold (part) | 08/07/14 | J | A | |
| 77. Continental Resources | | None | J | T | Sold (part) | 04/09/14 | J | C | |
| 78. Pioneer Natural Resources Co | A | Dividend | J | T | Sold (part) | 04/09/14 | J | B | |
| 79. | | None | J | T | Sold (part) | 08/07/14 | J | A | |
| 80. Enterprise Products Partners | B | Dividend | K | T | Sold (part) | 08/07/14 | J | B | |
| 81. Plains All American Pipeline | B | Dividend | K | T | Sold (part) | 08/07/14 | J | A | |
| 82. Simon Property Group | A | Dividend | J | T | Sold (part) | 04/09/14 | J | A | |
| 83. Washington Prime Group | | None | | | Spinoff (from line 82) | 05/29/14 | J | | |
| 84. | | None | | | Sold | 08/07/14 | J | | |
| 85. American Tower Corp | A | Dividend | J | T | Sold (part) | 08/07/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Oakmark Intl I Fund | B | Dividend | K | T | Sold (part) | 08/07/14 | J | A | |
| 87. PowerShares Dyn Energy ETF | A | Dividend | K | T | Sold (part) | 04/25/14 | J | B | |
| 88. | | None | K | T | Sold (part) | 08/07/14 | J | A | |
| 89. Extra Space Storage | A | Dividend | J | T | Sold (part) | 04/09/14 | J | A | |
| 90. | | None | J | T | Sold (part) | 12/01/14 | J | B | |
| 91. HCP Inc | A | Dividend | J | T | Sold (part) | 08/07/14 | J | A | |
| 92. Holly Frontier Corp | B | Dividend | J | T | Sold (part) | 04/09/14 | J | A | |
| 93. Home Properties | A | Dividend | J | T | Sold (part) | 08/21/14 | J | A | |
| 94. PowerShares Leis&Ent ETF | A | Dividend | K | T | Sold (part) | 04/09/14 | J | A | |
| 95. T Rowe Price New Horizons Fund | B | Dividend | K | T | | | | | |
| 96. Wasatch Int Growth Fund | A | Dividend | K | T | | | | | |
| 97. AvalonBay Communities | A | Dividend | | | Sold | 04/09/14 | K | D | |
| 98. Alaska Air Group | | None | K | T | Buy | 12/01/14 | K | | |
| 99. Fidelity Cycl Indust Fund | A | Dividend | J | T | Buy | 08/07/14 | J | | |
| 100. Invesco Ltd | | None | K | T | Buy | 12/01/14 | K | | |
| 101. PowerShares Buyback Acheivers ETF | A | Dividend | K | T | Buy | 08/07/14 | K | | |
| 102. PowerShares Industrials ETF | A | Dividend | J | T | Buy | 04/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  iShares Intl Select ETF | A | Dividend | K | T | Buy | 08/07/14 | K | | |
| 104.  Stantec Inc | A | Dividend | K | T | Buy | 07/09/14 | K | | |
| 105.  Anheuser Busch | A | Dividend | K | T | Buy | 08/07/14 | K | | |
| 106.  Vanguard Energy Index ETF | A | Dividend | K | T | Buy | 08/07/14 | J | | |
| 107. | | None | K | T | Buy (add'l) | 12/01/14 | J | | |
| 108.  CVR Energy | B | Dividend | K | T | Buy | 04/09/14 | K | | |
| 109.  Camden Property Trust | A | Dividend | J | T | Buy | 04/09/14 | J | | |
| 110.  Digital Realty Trust | A | Dividend | J | T | Buy | 04/09/14 | J | | |
| 111. | | None | J | T | Sold (part) | 08/07/14 | J | A | |
| 112.  EPR Properties | A | Dividend | J | T | Buy | 08/07/14 | J | | |
| 113.  Andrews Co, TX 8/15/15 Bond | A | Interest | K | T | | | | | |
| 114.  Camden, NJ Bond 1/15/15 | A | Interest | K | T | | | | | |
| 115.  Capital One Bank CD 12/19/14 | A | Interest | | | Matured | 12/19/14 | J | | |
| 116.  GE Capital Corp 11/14/14 Bond | B | Interest | | | Matured | 11/14/14 | K | | |
| 117.  John Hancock 11/15/15 Bond | A | Interest | J | T | | | | | |
| 118.  Lehman Bond Escrow 01/18/12 | C | Dividend | | | | | | | |
| 119.  Lewis County, WA 12/1/14 Bond | B | Interest | | | Matured | 12/01/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Mishawaka, IN 3/1/15 Bond | B | Interest | K | T | | | | | |
| 121. New York St Bond 3/15/15 | B | Interest | K | T | | | | | |
| 122. Palatine, IL Bond 12/1/14 | B | Interest | | | Matured | 12/01/14 | K | | |
| 123. Indiana Bond Bank 7/15/15 | B | Interest | K | T | | | | | |
| 124. Barclay Bank Bond 9/22/16 | B | Interest | K | T | | | | | |
| 125. Barclay Bank Bond 7/10/14 | A | Interest | | | Matured | 07/10/14 | J | | |
| 126. Paragon Com Bank CD 12/15/14 | A | Interest | | | Matured | 12/15/14 | K | | |
| 127. Syracuse, NY Bond 10/15/14 | B | Interest | | | Matured | 10/15/14 | K | | |
| 128. Goldman Sachs Bond 10/1/16 | A | Interest | K | T | | | | | |
| 129. Goldman Sachs Bond 10/1/14 | A | Interest | | | Matured | 10/01/14 | K | | |
| 130. John Hancock Bond 9/15/16 | A | Interest | J | T | | | | | |
| 131. JP Morgan Chase 6/27/17 Bond | A | Interest | J | T | | | | | |
| 132. JP Morgan Chase 3/1/16 Bond | B | Interest | K | T | | | | | |
| 133. Metlife Inc Bond 6/1/16 | A | Interest | J | T | | | | | |
| 134. Michigan Financial Authority 11/1/16 Bond | A | Interest | J | T | | | | | |
| 135. Phoenix, AZ 7/1/16 Bond | A | Interest | J | T | | | | | |
| 136. Westpac Banking Co Bond 12/9/15 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  GE Money Bank CD 9/11/17 | A | Interest | J | T | | | | | |
| 138.  GE Money Bank CD 7/24/17 | A | Interest | J | T | | | | | |
| 139.  Goldman Sachs CD 8/22/17 | A | Interest | K | T | | | | | |
| 140.  Deutsche Bank Bond 9/1/17 | A | Interest | J | T | | | | | |
| 141.  JP Morgan Chase Bond 7/5/16 | A | Interest | J | T | | | | | |
| 142.  Mars, PA Bond 03/01/16 | A | Interest | K | T | | | | | |
| 143.  McGraw-Hill Bond 11/15/17 | A | Interest | J | T | | | | | |
| 144.  NY Transit Bond 11/15/16 | A | Interest | J | T | | | | | |
| 145.  Soc Gen Bond 10/12/17 | A | Interest | J | T | | | | | |
| 146.  GE Cap Corp Bond 7/15/17 | B | Interest | K | T | | | | | |
| 147.  Goldman Sachs Bond 9/1/17 | A | Interest | J | T | | | | | |
| 148.  VF Corp Bond 11/01/17 | A | Interest | K | T | | | | | |
| 149.  GE Money Bank CD 9/11/17 | A | Interest | J | T | | | | | |
| 150.  AmMuni Pwr Bond 2/15/18 | A | Interest | K | T | | | | | |
| 151.  Abbey Natl Bond 4/27/16 | A | Interest | K | T | | | | | |
| 152.  Baidu Inc Bond 11/28/17 | A | Interest | K | T | | | | | |
| 153.  Orix Corp Bond 4/27/15 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. New Rochelle, NY Bond 3/15/18 | A | Interest | J | T | | | | | |
| 155. Baidu Inc Bond 8/6/18 | A | Interest | K | T | | | | | |
| 156. Northgate, PA Bond 8/15/18 | | None | J | T | | | | | |
| 157. Randolph Co, NC Bond 6/1/18 | A | Interest | J | T | | | | | |
| 158. Diageo Cap Bond 10/23/17 | A | Interest | J | T | | | | | |
| 159. HSBC Fin Corp Bond 10/15/14 | A | Interest | | | Matured | 10/15/14 | J | | |
| 160. El Paso Co, CO Bond 12/1/18 | C | Interest | L | T | | | | | |
| 161. Maine St Bond 11/15/18 | A | Interest | J | T | | | | | |
| 162. HSBC Fin Corp Bond 10/15/15 | A | Interest | K | T | | | | | |
| 163. Goldman Sachs CD 12/10/19 | | None | K | T | Buy | 12/02/14 | K | | |
| 164. State Bank of India CD 10/17/19 | | None | K | T | Buy | 10/17/14 | K | | |
| 165. Decatur, GA Bond 05/01/19 | | None | J | T | Buy | 12/16/14 | J | | |
| 166. Fayette Co, KY Bond 8/1/19 | | None | K | T | Buy | 12/04/14 | K | | |
| 167. Ft. Wayne, IN Bond 08/1/2016 | A | Interest | J | T | Buy | 01/15/14 | J | | |
| 168. Massachusetts St Bond 12/15/18 | A | Interest | J | T | Buy | 10/06/14 | J | | |
| 169. Orlando, FL Bond 10/1/16 | A | Interest | J | T | Buy | 10/09/14 | J | | |
| 170. Rochester, NY Bond 2/15/17 | A | Interest | J | T | Buy | 04/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Rockdale Co, GA Bond 7/1/19 | | None | K | T | Buy | 07/31/14 | K | | |
| 172. Salmon River, NY Bond 6/15/20 | A | Interest | K | T | Buy | 12/04/14 | K | | |
| 173. U of OK Bond 7/1/19 | | None | J | T | Buy | 12/22/14 | J | | |
| 174. UNC Chapel Hill Bond 8/1/19 | | None | J | T | Buy | 04/10/14 | J | | |
| 175. Indiana IPS Bond 1/15/19 | A | Interest | | | Buy | 04/10/14 | J | | |
| 176. | | None | | | Sold | 08/14/14 | J | | |
| 177. Chemcial Bank Savings (FBO#1) | A | Interest | K | T | | | | | |
| 178. Federated Balance (CFC) (FBO#1) | A | Dividend | K | T | | | | | |
| 179. MI Ed Savings Plan Moderate Age-Based Opt18(FBO#1)No Control | | None | K | T | Distributed (part) | 01/13/14 | K | | |
| 180. MI Ed Savings Plan 100% Equity Opt (FBO#1)No Control | | None | J | T | Distributed (part) | 01/13/14 | K | | |
| 181. TD Ameritrade Money Market (FBO #1) | A | Interest | K | T | | | | | |
| 182. MFS Utilities Fund (FBO#1) | A | Dividend | J | T | Sold (part) | 12/03/14 | J | A | |
| 183. Vanguard Energy Fund (FBO#1) | A | Dividend | | | Sold | 08/11/14 | J | B | |
| 184. MFS Intl New Disc A Fund (FBO#1) | A | Dividend | J | T | Sold (part) | 04/08/14 | J | A | |
| 185. T Price Media & Tele Fund (FBO#1) | A | Dividend | J | T | | | | | |
| 186. Yacktman Fund (FBO #1) | | None | | | Sold | 12/03/14 | J | B | |
| 187. ATCO Ltd Class I (FBO#1) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Metro Inc Class A (FBO#1) | A | Dividend | | | Sold | 04/08/14 | J | A | |
| 189. Magellan Midstream Partners (FBO#1) | A | Dividend | J | T | Sold (part) | 08/11/14 | J | B | |
| 190. Sunoco Logistics Partners (FBO#1) | A | Dividend | J | T | Sold (part) | 04/08/14 | J | B | |
| 191. | | | | | Sold (part) | 08/11/14 | J | C | |
| 192. | | | | | Sold (part) | 12/03/14 | J | C | |
| 193. C & S Realty Fund (FBO#1) | A | Dividend | J | T | Sold (part) | 12/03/14 | J | B | |
| 194. Avalon Bay Comm Inc (FBO#1) | A | Dividend | J | T | Sold (part) | 12/03/14 | J | B | |
| 195. GE Cap Corp Bond 8/15/15 (FBO#1) | A | Interest | J | T | | | | | |
| 196. Goldman Sachs Bond 10/15/15 (FBO#1) | A | Interest | J | T | | | | | |
| 197. MI Ed Savgs Plan Moderate Age-Based Opt 15-16 FBO#2No Control | | None | | | Merged (with line 198) | 12/22/14 | M | | |
| 198. MI Ed Savgs Plan Moderate Age-Based 17 FBO #2No Control | | None | M | T | | | | | |
| 199. MI Ed Savings Plan 100% Equity Opt (FBO#2)No control | | None | K | T | | | | | |
| 200. Phoenix, AZ Bond 7/1/14 (FBO#1) | A | Interest | | | Matured | 07/01/14 | J | | |
| 201. Superior, WI Bond 3/1/14 (FBO#1) | A | Interest | | | Matured | 03/01/14 | K | | |
| 202. Westpac Banking Co Bond 12/9/15 (FBO#1) | A | Interest | K | T | | | | | |
| 203. Goldman Sachs CD 8/22/17 (FBO #1) | A | Interest | K | T | | | | | |
| 204. N Wasco Co, OR Bond 12/1/16 (FBO #1) | A | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Orix Corp Bond 3/9/17 (FBO #1) | A | Interest | J | T | | | | | |
| 206. New Rochelle, NY Bond 3/15/18 (FBO #1) | A | Interest | J | T | | | | | |
| 207. Goldman Sachs Bond 10/1/16 (FBO #1) | A | Interest | J | T | | | | | |
| 208. El Paso Co, CO Bond 12/1/18 (FBO #1) | A | Interest | K | T | | | | | |
| 209. Jersey City, NJ Bond 9/1/17 (FBO #1) | A | Interest | J | T | Buy | 08/18/14 | J | | |
| 210. Kansas St Bond 7/1/19 (FBO #1) | A | Interest | J | T | Buy | 04/08/14 | J | | |
| 211. Missouri St Bond 10/1/16 (FBO #1) | A | Interest | J | T | Buy | 04/08/14 | J | | |
| 212. Pennsylvania St Bond 06/1/19 (FBO #1) | | None | J | T | Buy | 12/15/14 | J | | |
| 213. UNC Chapel Hill 8/1/19 (FBO #1) | | None | J | T | Buy | 07/30/14 | J | | |
| 214. Washington St Bond 7/1/19 (FBO #1) | | None | J | T | Buy | 12/11/14 | J | | |
| 215. Indiana IPS 1/15/19 (FBO #1) | A | Interest | | | Buy | 04/10/14 | K | | |
| 216. | | | | | Sold | 08/14/14 | J | | |
| 217. Aflac, Inc (FBO#1) | A | Dividend | | | Sold | 12/03/14 | J | B | |
| 218. Deere & Co (FBO #1) | A | Dividend | | | Sold | 04/08/14 | J | B | |
| 219. PowerShares Pharma ETF (FBO #1) | A | Dividend | J | T | Sold (part) | 12/03/14 | J | B | |
| 220. Ross Stores Inc (FBO #1) | A | Dividend | J | T | Buy (add'l) | 04/08/14 | J | | |
| 221. | | None | J | T | Sold (part) | 12/03/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. TAL International (FBO #1) | A | Dividend | J | T | Buy (add'l) | 04/08/14 | J | | |
| 223. SPDR DJ Intl Real Est ETF (FBO #1) | A | Dividend | J | T | Buy (add'l) | 04/08/14 | J | | |
| 224. Westcore Intl Small Cap Fund (FBO #1) | A | Dividend | J | T | | | | | |
| 225. Tim Hortons, Inc (FBO #1) | A | Dividend | | | Merged (with line 226) | 12/17/14 | J | | |
| 226. Restaurant Brands (FBO #1) | A | Dividend | J | T | | | | | |
| 227. Continental Resources (FBO #1) | | None | J | T | Sold (part) | 08/11/14 | J | B | |
| 228. | | None | J | T | Buy (add'l) | 12/03/14 | J | | |
| 229. Pioneer Natural Resouces (FBO #1) | A | Dividend | J | T | Sold (part) | 04/08/14 | J | B | |
| 230. PowerShares Dyn Energy ETF (FBO #1) | A | Dividend | J | T | Buy (add'l) | 12/03/14 | J | | |
| 231. Fidelity Slct Portfolio Fund (FBO #1) | A | Dividend | J | T | Sold (part) | 12/03/14 | J | A | |
| 232. Oakmark Intl I Fund (FBO #1) | A | Dividend | J | T | | | | | |
| 233. PowerShares Lesi&Ent ETF (FBO #1) | A | Dividend | | | Sold | 12/03/14 | J | A | |
| 234. Bank of Nova Scotia (FBO #1) | A | Dividend | J | T | | | | | |
| 235. Rayonier Inc (FBO #1) | A | Dividend | J | T | Sold | 08/11/14 | J | A | |
| 236. Rayonier Advanced Materials (FBO #1) | | None | | | Spinoff (from line 235) | 06/30/14 | J | | |
| 237. | | None | | | Sold | 08/11/14 | J | | |
| 238. T Rowe Price New Horizons Fund (FBO #1) | A | Dividend | J | T | Sold (part) | 12/03/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Wasatch Intl Growth Fund (FBO #1) | A | Dividend | J | T | | | | | |
| 240. Apple Inc (FBO #1) | | None | J | T | Buy | 12/03/14 | J | | |
| 241. Buffalo Wild Wings (FBO #1) | | None | J | T | Buy | 12/03/14 | J | | |
| 242. Fidelity Cycl Indust Fund (FBO #1) | A | Dividend | J | T | Buy | 12/03/14 | J | | |
| 243. Invesco (FBO #1) | | None | J | T | Buy | 12/03/14 | J | | |
| 244. PowerShares QQQ ETF (FBO #1) | A | Dividend | J | T | Buy | 04/08/14 | J | | |
| 245. Stantec (FBO #1) | A | Dividend | J | T | Buy | 04/08/14 | J | | |
| 246. Anheuser Busch (FBO #1) | A | Dividend | J | T | Buy | 08/11/14 | J | | |
| 247. Vanguard Energy Index ETF (FBO #1) | A | Dividend | J | T | Buy | 08/11/14 | J | | |
| 248. | | None | J | T | Buy (add'l) | 12/03/14 | J | | |
| 249. CVR Energy (FBO #1) | A | Dividend | J | T | Buy | 04/08/14 | J | | |
| 250. | | None | J | T | Buy (add'l) | 08/11/14 | J | | |
| 251. | | None | J | T | Buy (add'l) | 12/03/14 | J | | |
| 252. EPR Properties (FBO #1) | A | Dividend | J | T | Buy | 08/11/14 | J | | |
| 253. Chemical Bank Savings (FBO#2) | | None | J | T | | | | | |
| 254. Schwab Money Market Fund (FBO#2) | A | Interest | K | T | | | | | |
| 255. Buffalo Wild Wings Inc (FBO#2) | | None | J | T | Sold (part) | 08/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. MFS Utilities Fund (FBO#2) | A | Dividend | J | T | | | | | |
| 257. Ross Stores Inc (FBO#2) | A | Dividend | J | T | | | | | |
| 258. Vanguard Energy Fund (FBO#2) | | None | | | Sold | 08/06/14 | J | B | |
| 259. Yacktman Fund (FBO#2) | | None | | | Sold | 12/10/14 | J | B | |
| 260. MFS Intl New Disc A Fund (FBO#2) | A | Dividend | J | T | | | | | |
| 261. SPDR DJ Intl Real Estate (FBO#2) | A | Dividend | J | T | | | | | |
| 262. T Price Media & Tele Fund (FBO#2) | A | Dividend | J | T | | | | | |
| 263. ATCO Ltd Class I (FBO#2) | A | Dividend | J | T | Buy (add'l) | 04/10/14 | J | | |
| 264. | | None | J | T | Buy (add'l) | 12/10/14 | J | | |
| 265. Metro Inc A (FBO #2) | A | Dividend | | | Sold | 04/10/14 | J | A | |
| 266. Alerian Infrastructure Fund (FBO#2) | B | Dividend | K | T | | | | | |
| 267. C & S Realty Fund (FBO#2) | A | Dividend | K | T | Sold (part) | 12/10/14 | J | A | |
| 268. Blount Co, TN Bond 6/1/15 (FBO#2) | A | Interest | J | T | | | | | |
| 269. Boston, MA Bond 1/1/14 (FBO#2) | A | Interest | | | Matured | 01/01/14 | J | | |
| 270. Dallas, TX Bond 2/15/16 (FBO#2) | | None | J | T | | | | | |
| 271. GE Cap Corp Bond 10/20/16 (FBO#2) | A | Interest | J | T | | | | | |
| 272. JP Morgan Bond 6/1/14 (FBO#2) | A | Interest | | | Matured | 06/01/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Westpac Banking Co Bond 12/9/15 (FBO#2) | A | Interest | K | T | | | | | |
| 274. Aflac, Inc (FBO #2) | A | Dividend | | | Sold | 12/10/14 | J | A | |
| 275. Dollar Tree Stores (FBO #2) | | None | J | T | Sold (part) | 08/06/14 | J | A | |
| 276. PowerShares Pharma ETF (FBO #2) | A | Dividend | J | T | Sold (part) | 08/06/14 | J | A | |
| 277. PowerShares QQQ ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 278. TAL International (FBO #2) | A | Dividend | J | T | | | | | |
| 279. Westcore Intl Sm Cap Fund (FBO #2) | A | Dividend | J | T | | | | | |
| 280. Tim Hortons, Inc (FBO #2) | A | Dividend | | | Merged (with line 281) | 12/17/14 | J | | |
| 281. Restaurant Brands (FBO #2) | | None | J | T | | | | | |
| 282. Continental Resources (FBO #2) | | None | J | T | Sold (part) | 08/06/14 | J | A | |
| 283. Pioneer Natural Resources (FBO #2) | A | Dividend | J | T | Sold (part) | 04/10/14 | J | B | |
| 284. PowerShares Dyn Energy ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 285. Oakmark Intl I Fund (FBO #2) | A | Dividend | J | T | | | | | |
| 286. American Tower Corp (FBO #2) | A | Dividend | J | T | | | | | |
| 287. Bank of Nova Scotia (FBO #2) | A | Dividend | J | T | | | | | |
| 288. Deere & Co (FBO #2) | A | Dividend | | | Sold | 04/10/14 | J | A | |
| 289. PowerShares Leis&Ent ETF (FBO #2) | A | Dividend | | | Sold | 12/10/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Wasatch Intl Growth Fund (FBO #2) | A | Dividend | J | T | | | | | |
| 291. Alaska Air Group (FBO #2) | | None | J | T | Buy | 12/10/14 | J | | |
| 292. Apple Inc (FBO #2) | | None | J | T | Buy | 12/10/14 | J | | |
| 293. Invesco (FBO #2) | | None | J | T | Buy | 12/10/14 | J | | |
| 294. PowerShares Indus ETF (FBO #2) | A | Dividend | J | T | Buy | 04/10/14 | J | | |
| 295. Stantec Inc (FBO #2) | A | Dividend | J | T | Buy | 04/10/14 | J | | |
| 296. Anheuser Busch (FBO #2) | A | Dividend | J | T | Buy | 08/06/14 | J | | |
| 297. Vanguard Energy Index ETF (FBO #2) | A | Dividend | J | T | Buy | 08/06/14 | J | | |
| 298. CVR Energy (FBO #2) | A | Dividend | J | T | Buy | 04/10/14 | J | | |
| 299. East Whiteland, PA Bond 9/1/17 (FBO #2) | A | Interest | K | T | | | | | |
| 300. Goldman Sachs 9/1/17 (FBO #2) Bond | A | Interest | K | T | | | | | |
| 301. N Wasco Co, OR Bond 12/1/16 (FBO #2) | A | Interest | J | T | | | | | |
| 302. New Jersey Bond 3/1/18 (FBO #2) | A | Interest | J | T | | | | | |
| 303. Dorchester, CO SC 5/1/14 Bond (FBO #2) | A | Interest | | | Matured | 05/01/14 | K | | |
| 304. Indiana IPS Bond 1/15/19 (FBO #2) | A | Interest | | | Buy | 04/10/14 | J | | |
| 305. | | None | | | Sold | 08/14/14 | J | | |
| 306. Gooding Co, ID Bond 9/15/19 (FBO #2) | A | Interest | J | T | Buy | 05/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Harrisburg, PA Bond 04/1/18 (FBO #2) | | None | J | T | Buy | 08/13/14 | J | | |
| 308. Morgantown, WV Bond 12/1/19 (FBO #2) | A | Interest | J | T | Buy | 06/03/14 | J | | |
| 309. New York, NY Bond 3/1/19 (FBO #2) | | None | J | T | Buy | 12/09/14 | J | | |
| 310. Chemical Bank Thomas Ludington Cust AGY (H) | A | Interest | L | T | | | | | |
| 311. Agilent Tech Inc | A | Dividend | J | T | | | | | |
| 312. Keysight | | None | J | T | Spinoff (from line 311) | 10/31/14 | J | | |
| 313. Apple Inc | C | Dividend | J | T | Sold (part) | 10/20/14 | K | E | |
| 314. Bristol-Myers Squibb Co | A | Dividend | J | T | | | | | |
| 315. Caterpillar Tractor Co | C | Dividend | M | T | Sold (part) | 04/14/14 | K | C | |
| 316. Celgene Corp Com | | None | L | T | Sold (part) | 10/03/14 | J | C | |
| 317. Conocophillips | A | Dividend | K | T | | | | | |
| 318. Deutsche Small Cap Value Fund | A | Dividend | J | T | Sold (part) | 10/03/14 | J | | |
| 319. DuPont Ei De Nemours Co | A | Dividend | J | T | | | | | |
| 320. Energizer Hldgs Inc | A | Dividend | J | T | | | | | |
| 321. Exxon Mobil Corp | A | Dividend | K | T | Sold (part) | 10/03/14 | J | A | |
| 322. Ford Motor Co | A | Dividend | K | T | | | | | |
| 323. Intel Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. International Business Machs Corp | C | Dividend | M | T | Sold (part) | 10/03/14 | J | B | |
| 325. Schlumberger Ltd | A | Dividend | K | T | | | | | |
| 326. Walgreen Co | A | Dividend | | | Merged (with line 327) | 12/31/14 | J | | |
| 327. Walgreens Boots Alliance | | None | J | T | | | | | |
| 328. Aflac, Inc | A | Dividend | J | T | | | | | |
| 329. Aetna US Healthcare Inc | A | Dividend | K | T | | | | | |
| 330. Boston Properties Inc | B | Dividend | K | T | | | | | |
| 331. Chemical Financial Corp | B | Dividend | K | T | | | | | |
| 332. Clorox Co | A | Dividend | K | T | | | | | |
| 333. Coach Inc | A | Dividend | | | Sold | 04/14/14 | J | | |
| 334. Hcp Inc Com | A | Dividend | K | T | Buy (add'l) | 04/14/14 | J | | |
| 335. Harbor Intl Fund #11 | B | Dividend | L | T | | | | | |
| 336. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 337. Kinder Morgan Energy Partners LP | A | Dividend | | | Merged (with line 338) | 12/03/14 | K | B | |
| 338. Kinder Morgan | B | Distribution | J | T | | | | | |
| 339. McDonalds Corp | A | Dividend | | | Sold | 10/03/14 | J | | |
| 340. National Oilwell Varco | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. NOW Inc/DE | | None | | | Spinoff (from line 340) | 06/02/14 | J | | |
| 342. | | None | | | Sold | 10/03/14 | J | | |
| 343. Nextera Energy Inc | A | Dividend | K | T | | | | | |
| 344. Oppenheimer Intl Growth Fund | B | Dividend | L | T | | | | | |
| 345. PG & E Corp | A | Dividend | J | T | | | | | |
| 346. Pepsi Co | A | Dividend | K | T | | | | | |
| 347. Phillips 66 | A | Dividend | K | T | | | | | |
| 348. Prudential Financial | A | Dividend | K | T | | | | | |
| 349. Qualcomm Incorporated | A | Dividend | J | T | | | | | |
| 350. SPDR Gold Shares ETF | | None | K | T | Sold (part) | 10/03/14 | L | | |
| 351. Suncoke Energy Inc | A | Dividend | J | T | | | | | |
| 352. Bed Bath & Beyond | | None | J | T | Buy (add'l) | 10/03/14 | J | | |
| 353. Deere & Co | A | Dividend | K | T | | | | | |
| 354. Disney | A | Dividend | K | T | Buy (add'l) | 04/14/14 | J | | |
| 355. EMC Corp Mass | A | Dividend | J | T | | | | | |
| 356. Fastenal Co Com | A | Dividend | J | T | | | | | |
| 357. Principal Mid Cap Blend Fund | B | Dividend | K | T | Buy (add'l) | 04/14/14 | J | | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| (See Column C2) | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Teva Pharmaceutical | A | Dividend | J | T | | | | | |
| 359. Amg Southernson Small Cap Fund | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 360. T Rowe Price New Horizons Fund | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 361. Kroger Co | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 362. Chemical Bank          Trust AGY (H) | A | Interest | L | T | | | | | |
| 363. Adrian MI City School Dist Bond 5/1/19 | B | Interest | L | T | | | | | |
| 364. Clark Cnty Nev Arpt Bond 7/1/20 | B | Interest | K | T | | | | | |
| 365. Fennville, MI School Bond 5/1/20 | A | Interest | | | Redeemed | 05/01/14 | K | | |
| 366. Fidelity Inter Muni Inc Fund #036 | C | Dividend | L | T | | | | | |
| 367. Fidelity MI Muni Inc Fund #081 | A | Dividend | K | T | | | | | |
| 368. Fitzgerald MI School Bond 5/1/18 | B | Interest | | | Redeemed | 11/01/14 | K | | |
| 369. Grosse Ile Twp MI School Bond 5/1/21 | B | Interest | K | T | | | | | |
| 370. Illinois ST Agm Bond 1/1/21 | B | Interest | K | T | | | | | |
| 371. Kalamazoo MI School Bond 5/1/20 | A | Interest | K | T | | | | | |
| 372. Madison MI School Bond 5/1/17 | B | Interest | K | T | | | | | |
| 373. MI ST Hosp Fin Bond 7/15/21 | B | Interest | L | T | | | | | |
| 374. Romulus MI Tax Increment Fin Bond 11/1/18 | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Saginaw VyST Univ MI Bond 7/1/17 | B | Interest | L | T | | | | | |
| 376. Saginaw VyST Univ MI Bond 7/1/18 | B | Interest | K | T | | | | | |
| 377. Spring Tex Indpt School Bond 8/15/18 | B | Interest | | | Redeemed | 08/15/14 | K | | |
| 378. Warren Mich Bond 10/1/16 | B | Interest | | | Redeemed | 10/01/14 | K | | |
| 379. Washtenaw Cnty MI Bond 7/1/16 | B | Interest | | | Redeemed | 07/01/14 | K | | |
| 380. Waverly Mich Cnty School Bond 5/1/18 | B | Interest | K | T | | | | | |
| 381. Bangor Mich Public Bond School 5/1/19 | A | Interest | K | T | | | | | |
| 382. Caledonia Mich Cmnty Schools Bond 5/1/14 | A | Interest | | | Matured | 05/01/14 | K | | |
| 383. Grand Rapids Mich Bond 12/1/16 | A | Interest | L | T | | | | | |
| 384. Green Oak Twp Mich Bond 11/1/19 | A | Interest | L | T | | | | | |
| 385. Green Oak Twp Mich Bond 11/1/21 | A | Interest | K | T | | | | | |
| 386. Grosse Pointe Woods Mich Bond11/1/17 | A | Interest | L | T | | | | | |
| 387. Kaleva Norman Mich Bond 5/1/15 | A | Interest | L | T | | | | | |
| 388. Lakeview Mich Cmnty Schools Bond 5/1/15 | A | Interest | K | T | | | | | |
| 389. Midland Cnty Mich Bond 8/1/17 | A | Interest | K | T | | | | | |
| 390. Rapid River Mich Public Schools Bond 5/1/16 | A | Interest | L | T | | | | | |
| 391. Rapid River Mich Public Schools Bond 5/1/2020 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Van Buren Cnty Mich Bond 6/1/15 | A | Interest | K | T | | | | | |
| 393. Waterford Mich School Dist Bond 5/1/19 | A | Interest | K | T | | | | | |
| 394. Waterford Mich School Dist Bond 5/1/2022 | A | Interest | K | T | | | | | |
| 395. White Cloud Mich Public Schools Bond 5/1/18 | A | Interest | K | T | | | | | |
| 396. White Cloud Mich Public Schools Bond 5/1/2020 | A | Interest | K | T | | | | | |
| 397. Ypsilanti Mich Cmnty Utilities Bond 4/1/18 | A | Interest | L | T | | | | | |
| 398. Warren Mich Consol Sch Dist Bond 5/1/14 | A | Interest | | | Matured | 05/01/14 | K | | |
| 399. Forks Associates Michigan Non-Profit Corp | | None | K | U | | | | | |
| 400. John S. Ludington Estate Trust (H) | F | Distribution | O | W | | | | | |
| 401. -Property #1 Midland, MI | | None | | | Sold | 06/25/14 | M | | |
| 402. -Property #2 Au Gres, MI | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Deleted all assets from 2013 report that had been sold or matured.
2. Lehman Brothers Bond Escrow (Line 118) is still held. Some principle has been returned, with the possibility of future repayment of principle.
3. DWS Dreman Small Cap Value Fund changed its name to Deutsche Small Cap Value Fund on 08/11/14 (Line 318).
4. PIMCO Total Return State of MI 457 was incorrectly coded last report. Value Code is "J." (Line 19)
5. AvalonBay Communities (Line 97) was moved to join similar investments in the report.
6. Pim Co Real (KKL) 401k (Line 29) SOLD in the last reporting period. Last report, it was incorrectly coded as SOLD (PART).
7. Chemical Bank Thomas L. Ludington Cust Agcy (Line 310) & Chemical Bank Katrina Ludington Cust Agcy (Line 362) - In previous reporting, these lines were the cumulative amounts of all investments in the account(s), including cash. This has been changed for this report. Cash and Cash equivalents are reported in the Gross Value section and the income from the cash is reported in the income column.
8. Removed Petosky, MI Condo from the report (Line 11) . As this property is only for personal use and is not held in a trade or business, its inclusion in previous reports is erroneous.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas L. Ludington**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544